Amy C. Clemmons
Assistant Attorney General
1116 W Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

1
2
3
4
5

**THE HONORABLE LONNY R. SUKO**

6
7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

8

SYED M. J. HASAN,

9

                              Plaintiff,

10

          v.

11

EASTERN WASHINGTON
STATE UNIVERSITY; JOHN

12

MASON; DOLORES DEE
MARTIN; SANDRA

13

CHRISTENSEN, and HARM-
JAN STEENHUIS, in their

14

representative and individual
capacities,

15
16

                              Defendants.

NO.  CV-08-294-LRS

PROTECTIVE ORDER

17        Pursuant to the Stipulation between parties,

18        IT IS HEREBY ORDERED that all records or materials falling under the

19   following categories shall be subject to protection pursuant to this order: 1) the

20   plaintiff's medical records; and 2) all EWU internal files, documents, and/or

21
22

PROTECTIVE ORDER              1

1    materials maintained on faculty members and/or students that are not subject to

2    public disclosure;

3        IT IS HEREBY ORDERED that any records or materials falling within

4    the two categories identified above shall only be used as necessary for the

5    purposes of the proceedings in this action and shall not be used in any other

6    lawsuit, claim or cause of action, or in any other way unless ordered by a court

7    of competent jurisdiction, and neither the parties nor their counsel shall produce

8    or otherwise disclose or reveal any such material or their contents to any other

9    entity or person other than parties, retained expert witnesses for purposes of this

10    litigation and ordinary and regular administrative and legal staff retained to

11    work on a regular basis, absent written agreement of the parties or further order

12    of the court.

13        IT IS HEREBY ORDERED that upon termination of this action, any

14    such records, and all copies thereof, shall be returned to the producing party

15    /////

16    /////

17    /////

18    /////

19    /////

20    /////

21    /////

22

PROTECTIVE ORDER     2

1   and/or destroyed by the party in possession of the records. The Protective Order

2   is entered and in full force and effect until such time as this Court modifies its

3   terms or releases the parties from its provisions.

4          DONE IN OPEN COURT this 9th day of June, 2010.

5

6                                    _____s/Lonny R. Suko_____
                                          LONNY R. SUKO
                                     Chief U.S. District Court Judge
7

8   Presented by:                    Approved as to form and notice
    ROBERT M. MCKENNA                 of presentation waived:
    Attorney General
9

10      _____s/Amy C. Clemmons_____      _____s/Jeffry K. Finer_____
    AMY C. CLEMMONS, WSBA# 22997      JEFFRY K. FINER, WSBA# 14610
11  Assistant Attorney General        Attorney for Plaintiff
    Attorneys for Defendant State
12

13

14

15

16

17

18

19

20

21

22

PROTECTIVE ORDER                    3