AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SYED M. J. HASAN,

                       Plaintiff,

                         v.

EASTERN WASHINGTON STATE UNIVERSITY, JOHN MASON, DOLORES DEE MARTIN; SANDRA CHRISTENSEN, and HARM-JAN STEENHUIS, in their representative and individual capacities,

                       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-0294-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED all claims against all defendants are dismissed with prejudice pursuant to the Order Granting Defendants' Summary Judgment Motion entered on December 14, 2010, Ct. Rec. 112.

| | |
|---|---|
| 12/14/2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |